# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2020

## NO. 03-18-00548-CR

**Perry Wiley, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment of conviction for harassment of a public servant to reflect that the "Statute for Offense" is "PC 22.11(a)(3)" and the "Degree of Offense" is "3rd degree felony." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.